AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-667

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

___SEP 1 3 2005___      _____Lilly Van Dyk_____
(Date forms issued)     (Signature of Party or their Representative)

                                        _____Lilly Van Dyk_____
                                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action