IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TECH DATA CORPORATION,

       Plaintiff,                    C.A. No.  05-667 (GMS).

v.

HEWLETT-PACKARD COMPANY,

       Defendant.
_____/

## CERTIFICATE OF SERVICE

     I, James F. Harker, hereby certify that on this 4th day of October, 2005, I forwarded  two copies of  Plaintiff's  Amended Complaint   via first class mail, postage pre-paid upon registered agent of defendant Trust Company The Corporation at 1209 Orange Street, Wilmington, DE 19801.

                                      HERLIHY, HARKER & KAVANAUGH


                                      <u>/s/ James F. Harker</u>
                                      JAMES F. HARKER, ESQUIRE
                                      1400 N. Market Street
                                      Suite 200
                                      Wilmington,  DE  19801
                                      302/654-3111
                                      Attorney for Plaintiffs

Date: October 4, 2005