IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECH DATA CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>            Defendant. | Civil Action No. 05-667(GMS) |

## HEWLETT-PACKARD COMPANY'S
## MOTION TO DISMISS TECH DATA'S COMPLAINT
## PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Hewlett-Packard Company ("HP") hereby moves to dismiss the Complaint filed by Tech Data Corporation ("Tech Data") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief may be granted. The Complaint is time-barred and should be dismissed for the reasons set forth in HP's opening brief filed herewith.

Dated: October 4, 2005
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William H. Sudell, Jr. (No. 463)
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989

- and –

FRIEDMAN DUMAS & SPRINGWATER LLP
Ellen A. Friedman
Cecily A. Dumas
Gail S. Greenwood
Brandon C. Chaves
One Maritime Plaza, Suite 2475
San Francisco, CA 94111
(415) 834-3800

Attorneys for Defendant
Hewlett-Packard Company

485843