IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TECH DATA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 05-667(GMS) |

**ORDER GRANTING HEWLETT-PACKARD COMPANY'S
MOTION TO DISMISS TECH DATA'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Having considered the pleadings in this matter, all papers submitted in support of and in opposition to the motion, the evidence and arguments of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's Motion to Dismiss the Complaint filed by Tech Data Corporation pursuant to Fed. R. Civ. P. 12(b)(6) is hereby granted.

Dated: _____

_____
Gregory M. Sleet, Judge
United States District Judge
District of Delaware

485852