## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Hewlett-Packard Company's Motion To Dismiss Tech Data's Complaint Pursuant To Fed. R. Civ. P. 12(b)(6)** was caused to be made on October 4, 2005, in the manner indicated upon the party identified below:

Date:  October 4, 2005

_____
Daniel B. Butz (No. 4227)

**BY HAND DELIVERY**

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 N. Market Street
Suite 200
Wilmington, DE  19801

485982