## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Hewlett Packard Company's Opening Brief In Support Of Its Motion To Dismiss Tech Data's Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) were caused to be served this 4th day of October, 2005 upon the following individual, in the manner indicated:

### VIA HAND-DELIVERY

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 North Market Street, Suite 200
P.O. Box 1597
Wilmington, DE 19899

_____
Daniel B. Butz (No. 4227)