# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 79563**

DATE OF DM: 4 18 00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor # 107518 7    InaCom Purchase Order Number 116191 A

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AM5018 | 195575 | 24 | | | 10.50 | | | $ 252.00 |
| A05044 | 213111 | 48 | 32 | | 83.90 | | | $ 1341.40 |
| 735984 | 420655 | 2 | 2 | | 965.00 | | | $ 965.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

NO credit received
RA 46191 A
Inv 8044880

**TOTAL $ 2559.40**

INACOM Co. # 42   Supplier # _____   SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 42 | 1193 | 2559.40 | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By: S Dolxa

Approved By: _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM **79564**

DATE OF DM: _4-18-00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor # _____    InaCom Purchase Order Number _416 1191-B_

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____    Amount $ _____

---

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A00389 | 45051 | 4 | 3 | — | 84.50 | — | — | $ |
| A001010 | 45589 | 1 | — | — | 82 | — | — | $ |
| A00304 | 310191 | 5 | — | — | 6.50 | — | — | $ |
| A011825 | 11005 | 1 | — | — | 83.10 | — | — | $ |
| A07487 | 75111 | 2 | — | — | 60.10 | — | — | $ |
| 718506 | 741806 | 1 | — | — | 870.10 | — | — | $ |
| A111358 | 58585 | 1 | — | — | 75.10 | — | | |
| 800 480 | 8000 58 | 17 | — | — | 18.30 | — | | |

**TOTAL $** _8000.30_

No credit received
PA 4191 B
Inv 8001082

| INACOM Co. # _42_ Supplier # _____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| 42 | 11502 | (8000.30) | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____    Date _____

Controller _____    Date _____

Revised 6/99

Prepared By: _S. Dolan_

Approved By: _____

---

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM** 79566

**DATE OF DM:** 4-18-00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 10298    InaCom Purchase Order Number 46812

Tech Data

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A0118 | 21381 | 25 | 21 | — | 183.10 | | | $ 732.40 |
| 73020 | 030402 | 320 | 775 | — | 20.00 | | | $ 500.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

NO credit memoral

RA 46812

Inv 2071108

**TOTAL  $** 1230.40

INACOM Co. # 42  Supplier #_____

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 42 | 11591 | (1230.40) | | |
| | | | | |
| | | | | |
| | | | | |

SUBLEDGER

Approval

Manager _____ Date _____

Controller _____ Date _____

**Prepared By:** S. DeLeo

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM 82572**

DATE OF DM: _3/29/10_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16598_      InaCom Purchase Order Number _6625640_

_TECH DATA_

**VENDOR INVOICE**

Number _N933149_

**VENDOR CONTACT:** _____

Date _11/2/99_   Amount $ _15,410.10_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A027436 | TD373639 | | | | 18.84 | 22.32 | | $ 104.40 |
| A023678 | TD331043 | | | | 30.37 | 32.63 | | $ 569.70 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Per Dan Ryan in Purchasing,_
_Special PO price agreement with Elizabeth Vanderheyden._

**TOTAL  $** _674.40_

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☑ Price Discrepancy        _Please see attached_

☐ Concealed Shortage       _Insecurity Report._

| INACOM Co. #_____ Supplier #_____ | | | | SUBLEDGER | |
|---|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # | |
| | | | | | |
| | | | | | |

_42.12150_

**Prepared By:** _Martin_

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM 82568**

**DATE OF DM:** 3/29/00

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162595    InaCom Purchase Order Number 0476236

TECH DATA

**VENDOR INVOICE**

Number N668765

**VENDOR CONTACT:** _____    Date 10/21/99  Amount $  916. 88

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A054753 | TD296718 | | | | 675.19 | 900.26 | $ | 225.07 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

Per Ben Ryan in Purchasing the price
was 675.19 on 10/5 when PO was called out moved on 10/6 to

**TOTAL  $**  225. 07

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☒ Price Discrepancy please see attached

☐ Concealed Shortage Irregularity deposit

# 900.26 Tech Data
according to Ben did
not receive approval for
price increase.

INACOM Co. #_____ Supplier #_____

| | | SUBLEDGER |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** T Carter

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE              VENDOR COPY - CANARY              ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 82569

**DATE OF DM:** 3/29/10

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162598    InaCom Purchase Order Number 6476236

TECH DATA

**VENDOR INVOICE**

Number NS762749

**VENDOR CONTACT:** _____    Date 10/18/99 Amount $ 5,434.93

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A054753 | TD296718 | — | — | — | 675.19 | 400.26 | | $ 1,352.42 |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |

Per Dan Dyken in Purchasing,
the price increase was not approved.

**TOTAL** $ 1,350.42

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.
☒ Price Discrepancy    please see attached
☐ Concealed Shortage    Irregularity Report

INACOM Co. # _____ Supplier # _____    | SUBLEDGER |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Prepared By:** Carter

**Approved By:** _____

Revised 6/99    42.12180

FILE COPY - WHITE    VENDOR COPY - CANARY    ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 82571

DATE OF DM: _3/29/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16598_   InaCom Purchase Order Number _6431385_

_TECH DATA_

**VENDOR INVOICE**

Number _N134469_

**VENDOR CONTACT:** _____   Date _9/28/99_ Amount $ _46,500 —_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| H087296 | TD420313 | | | | 244.00 | 250.00 | | $ 1,116.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_for Dan Ryan in purchasing the_
_P.O. price was agreed to by Mike Vitols._

**TOTAL $** _1,116.00_

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☑ Price Discrepancy   _have see attached_

☐ Concealed Shortage   _Irregularity report_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

_42.19180_

**Prepared By:** _Raster_

**Approved By:** _MV_

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 82574

**DATE OF DM:** 3/29/00

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 102598

InaCom Purchase Order Number 7018092

TECH DATA

**VENDOR INVOICE**

Number 6837576

**VENDOR CONTACT:** _____

Date 1/19/00  Amount $ 4,399.60

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A133061 | TD622363 | — | — | — | 150.26 | 153.45 | — | $ 212.76 |
|  |  | — | — | — | — | — | — | $ |
|  |  | — | — | — | — | — | — | $ |
|  |  | — | — | — | — | — | — | $ |
|  |  | — | — | — | — | — | — | $ |
|  |  | — | — | — | — | — | — | $ |

Per Dan Ryan we returned the Latin American part & was sent the higher priced domestic part.

**TOTAL $** 212.76

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☑ Price Discrepancy  Please see attached Irregularity Report

☐ Concealed Shortage

INACOM Co. #_____ Supplier #_____

| SUBLEDGER | | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
|  |  |  |  |  |
|  |  |  |  |  |

**Prepared By:** Marter

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE              VENDOR COPY - CANARY              ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM 82573**

**DATE OF DM:** 3/29/10

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162598     InaCom Purchase Order Number 696 9676

TECH DATA

**VENDOR INVOICE**

Number 6587008

**VENDOR CONTACT:** _____

Date 1/10/00   Amount $ 104,844.54

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 237153E | TD 925368 | — | — | — | 413.69 | 414.12 | — | $ 252.35 |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |
| | | — | — | — | | | | $ |

For Dea Ryan in Purchasing,
Price increase was not approved.

**TOTAL $** 252.35

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.
☑ Price Discrepancy   Please see attached
☐ Concealed Shortage   Irregularity Report.

| INACOM Co. # _____ | Supplier # _____ | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** _____

**Approved By:** _____

Revised 6/99         46 6150

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 82570

**DATE OF DM:** _3/29/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259E_    InaCom Purchase Order Number _672 3365_

_TECH DATA_

**VENDOR INVOICE**

Number _P314890_

**VENDOR CONTACT:** _____    Date _11/7/99_  Amount $ _16,496.42_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A010422 | TD220987 | | | | 845.17 | 885.31 | | $ 442.64 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Per Ben Ryan in Purchasing the_
_price increase was not approved._            **TOTAL** $ _442.64_

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☒ Price Discrepancy   _Please see attached_
☐ Concealed Shortage   _Irregularity Report_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** _____

_42.10180_

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 79483**

DATE OF DM: _____

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor #_____    InaCom Purchase Order Number _____

□ **VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____    Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A002434 | TG200118 | 1 | __ | __ | 72.00 | __ | __ | $ 72.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

NO CREDIT received
PA creans R
INV 17120746

**TOTAL $ 72.00**

INACOM Co. # 42   Supplier #_____   SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 42 | 11592 | <72> | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

**Prepared By** _____ Debra

**Approved By** _____ Watkins

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81658

DATE OF DM: _____

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _11?5?8_    InaCom Purchase Order Number _49?31?47_

Toshiba

**VENDOR INVOICE**

Number _6116?6?7_

**VENDOR CONTACT:** _____

Date _2/21/00_    Amount $ _83,799.90_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 14?151 | TD?40?05 | 744 | 273 | 741 | | 1212 | | $ 998.12 |
| NL8?21 | TD?12335 | 96 | 11 | 96 | | 7736 | | $ 5,676.12 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Please provide signed PODs
of invoices not received 1
not price.

**TOTAL** $ _6574.24_

INACOM Co. #_____ Supplier #_____    **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _02.15180_

**Prepared By:** _Harter_

**Approved By:** _EV_

FILE COPY - WHITE    VENDOR COPY - CANARY    ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81656**

DATE OF DM: _12/04/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1029 TC_

Tech Data

InaCom Purchase Order Number _LA28768_

**VENDOR INVOICE**

Number _Q36108C_

**VENDOR CONTACT:** _____

Date _1/30/01_   Amount $ _1,234.c_

---

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A23FE | TDSAVID | 9 | 5 | 9 | | 67.40 | $ | 361.40 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

Please Provide signed POD
w/ weights and count of
each pack.

**TOTAL  $**  _361.40_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99

**Prepared By:** _Whites_

**Approved By:** _EU_

---

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



NUMBER **DM** 81652

DATE OF DM: _2/4/00_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _0804755_

_TECH DATA_

**VENDOR INVOICE**

Number _P697282_

**VENDOR CONTACT:** _____    Date _10/3/99_  Amount $ _6,144.12_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7167478 | TD436473 | 25 | 04 | 25 | | 236.37 | | $ 236.37 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed
POD w/weight, case count
a case pack._

**TOTAL** $ _236.37_

| INACOM Co. # _____ Supplier # _____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____
Revised 6/99    _42.2110_

**Prepared By:** _____

**Approved By:** _____

FILE COPY - WHITE              VENDOR COPY - CANARY              ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81650**

DATE OF DM: _2/4/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112598_    InaCom Purchase Order Number _6268187_

_TECH DATA_

**VENDOR INVOICE**

Number _M227134_

**VENDOR CONTACT:** _____    Date _8/18/99_ Amount $ _11,459.76_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A126225 | TD442356 | 53 | 52 | 53 | | 45.06 | | $ 45.06 |
| A037421 | TD373629 | 3 | 1 | 3 | | 11.20 | | $ 22.40 |
| A008653 | TD366389 | 3 | 2 | 3 | | 221.27 | | $ 221.27 |
| A126227 | TD442367 | 1 | 0 | 1 | | 36.30 | | $ 36.30 |
| A008572 | TDX04750 | 1 | 0 | 1 | | 34.63 | | $ 34.63 |
| A129061 | TD049186 | 1 | 0 | 1 | | 411.35 | | $ 411.35 |
| A062079 | TD861057 | 1 | 0 | 1 | | 1085.42 | | 1085.42 |
| 7604797 | TD226780 | 2 | 0 | 2 | | 1506.04 | | 3,012.08 |
| A034064 | TD078738 | 1 | 0 | 1 | | 9.79 | | 9.79 |

**TOTAL $**

_please provide a signed P.O.D_
_w/weight, case count, + ease pack_

_TOTAL  $  4871.10_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

_62.11.10_

Prepared By: _Nato_

Approved By: _Ed_

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom ™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 81649

DATE OF DM: _2/4/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_        InaCom Purchase Order Number _1541158_

_TECH DATA_

**VENDOR INVOICE**

Number _N942174_

**VENDOR CONTACT:** _____    Date _11/3/99_ Amount $ _28,671.74_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A025167 | TD407281 | 76 | 76 | 76 | 327.97 | 377.26 | 49.29 | $ 3,746.04 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed_
_POD w/weights case count_
_+ case pack._

**TOTAL  $** _3,746.04_

INACOM Co. #_____  Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42.13180_

**Prepared By:** _Marta_

**Approved By:** _EV_

FILE COPY - WHITE        VENDOR COPY - CANARY        ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81648**

DATE OF DM: _2/4/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162595_    InaCom Purchase Order Number _0553137_

_TECH DATA_

**VENDOR INVOICE**

Number _N771283_

**VENDOR CONTACT:** _____    Date _10/26/__ Amount $ _44,407.24_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| H126370 | TDH3331 | 192 | 192 | 192 | 84.14 | 230.16 | 46.00 | $ 8,839.68 |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |

_have provide a cred_  **TOTAL  $** _8,839.68_

_on upfreights core count_

_+ base plant._

| INACOM Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Approval

Manager _____ Date _____

Controller _____ Date _____    **Prepared By:** _Kartel_

Revised 6/99    _42.12150_    **Approved By:** _EV_

FILE COPY - WHITE    VENDOR COPY - CANARY    ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81647**

DATE OF DM: _2/4/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1125 97_

InaCom Purchase Order Number _6476236_

_TECH DATA_

**VENDOR INVOICE**

Number _N526F85_

Date _10/14/99_   Amount $ _4,530.67_

**VENDOR CONTACT:** _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A054753 | TA296718 | 5 | 5 | 5 | 675.12 | 900.16 | 225.04 | $ 1,125.35 |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |

_Please provide signed PO_
_w/weights, case count_
_+ case pack._

**TOTAL $** _1,125.35_

INACOM Co. #_____ Supplier #_____

| BU | OBJECT | AMOUNT | SUBLEDGER TY | SUBL # |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99   _4/3/00_

Prepared By: _____

Approved By: _BV_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM** 81646

DATE OF DM: _2/4/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162599_

InaCom Purchase Order Number _647623L_

_TECH DATA_

**VENDOR INVOICE**

Number _N561593_

**VENDOR CONTACT:** _____

Date _16/8/99_  Amount $ _918.26_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AD54753 | TD29671X | 1 | 1 | 1 | 675.19 | 900.26 | 225.07 | $ 225.07 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD
w/weights, case count
& case pack._

**TOTAL** $ _225.07_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

_4.2.12.00_

Revised 6/99

Prepared By: _____

Approved By: _____

FILE COPY - WHITE               VENDOR COPY - CANARY               ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81645

**DATE OF DM:** 2/4/00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162548

InaCom Purchase Order Number 6476236

TECH DATA

**VENDOR INVOICE**

Number N383707

**VENDOR CONTACT:** _____  Date 14/8/99 Amount $ 4,552.70

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AUS4753 | TD276718 | 5 | 5 | 5 | 675.19 | 900.26 | 225.07 | $ 1,125.35 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Please provide a signed PSD
w/weights, case count
& case pack.

**TOTAL $** 1,125.35

INACOM Co. #_____  Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

42 12180

Revised 6/99

**Prepared By:** Martin

**Approved By:** Ed

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81644**

DATE OF DM: _2/4/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112598_    InaCom Purchase Order Number _647636_

_TCH DATA_

**VENDOR INVOICE**

Number _N454304_

**VENDOR CONTACT:** _____

Date _10/4/99_   Amount $ _2,724.55_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A154753 | TD296748 | 3 | 3 | 5 | 675.19 | 900.26 | 225.07 | $ 675.21 |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |

_Please provide a signed POD
w/weights, case count, +
case pack._

**TOTAL $** _675.21_

INACOM Co. #_____  Supplier #_____   | SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99   _42.13180_

**Prepared By:** _____

**Approved By:** _____

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 82549

DATE OF DM: _2/22/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _102598_

_TECH DATA_

InaCom Purchase Order Number _6296871_

**VENDOR INVOICE**

Number _R303250_

**VENDOR CONTACT:** _____

Date _11/17/99_   Amount $ _2,640.—_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7197301 | TD745706 | 1 | 1 | 32 | | 82.50 | | $ 2,640— |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Paid for 1 on Invoice # N769957_
_dated 10/26/99. Only 1 of_
_this piece was ordered + received._

**TOTAL  $** _2,640.—_

☒ Product not received – Please provide signed POD, with/weights, case count and case pack.

☐ Price Discrepancy

☐ Concealed Shortage

| INACOM Co. #_____   Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE                     VENDOR COPY - CANARY                     ACCOUNTING COPY - BLUE - PINK



**NUMBER** **DM** 81701

DATE OF DM: _3/8/10_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1625 98_    InaCom Purchase Order Number _704813 7_

_TECH DATA_

**VENDOR INVOICE**

Number _R 968 065_

**VENDOR CONTACT:** _____    Date _1/25/10_  Amount $ _586. 27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A044617 | TD745894 | 7 | 6 | 7 | | 80.82 | $ | 80.82 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_Please provide a regard_
_to w/weights, case count_
_+ case pack._

**TOTAL $** _80.82_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42 18100_

**Prepared By:** _____

**Approved By:** _____

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK



NUMBER **DM** 68297

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

DATE OF DM: __April 2, 1998__

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # __2598__        InaCom Purchase Order Number __2940750__

Tech Data
5301 Tech Data Drive
Clearwater, FL  34620

**VENDOR INVOICE**

Number __b872050__

**VENDOR CONTACT:** __Karen Megill__        Date __1-27-98__    Amount $ __5393.70__

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| I378836 | 293261 | 12 | 11 | 12 | 423.12 | 423.12 | 0 | $ 423.12 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $**    423.12

Product not received. - 1pc.

1 was damaged

12103/1

**Form must be completely filled out.**

Prepared By: _____

Revised 5/20/96

Approved By: _____



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 68297

DATE OF DM: April 7, 1998

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # ___3595___

InaCom Purchase Order Number ___2940750___

Tech Data
5301 Tech Data Drive
Clearwater, FL 34620

**VENDOR INVOICE**

Number ___6872050___

**VENDOR CONTACT:** ___Karen McGhil___

Date ___1-27-98___   Amount $ ___5,393.70___

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 1373836 | 093261 | 12 | 11 | 12 | 423.12 | 423.12 | 0 | $ 423.12 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** ___423.1___

Product not received. - lpc.

1 was damaged

See CM # 8957997 attached.  Please reverse.

1210371

**Form must be completely filled out.**

**Prepared By:** ___Lu Stipkal___

Revised 5/20/96

**Approved By:** _____