```
        MEMO INQUIRY RECAP          CO 20   AR R3   SO S3          DATE 04/20/98

Cust   953001    002 INACOM COMPUTER CENTER    Type 5 CRDT MEMO Order         0
                                               Memo   8957997 Ref      101943
Go To Line    0
Lin Typ C Item  /Inv/Ln/Desc/Com Wh  Memo Qty  UM Cr.Memo Rsn / Status    Ext
  1  S    293261    B872050 002  A5        1+ EA REFUSAL
                MICROSCAN 5P 17IN 16.2VIS 28MM 12X10 NI                L     423.12+
```

```
**END**     Ship Weight       25.000    Ship Volume        1
Ext Tot :        423.12+  Hndl Chg:        0.00+   Total:        423.12+
Net Frt :          0.00+  Misc :           0.00+   GL   :
Rstk Fee:          0.00+  Tot Tax :        0.00+
                                                 Bill:  USD   Price:  USD
00 NEXT:         INFO: MENU BYPASSED
```



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM 69689**

DATE OF DM: _6/1/00_

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

⌐ Tech Data ⌐

Vendor # _2598_ ⌐

InaCom Purchase Order Number _251917_

L

⌐

⌐ **VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7170671 | TD300948 | | | 1 | | 133.20 | | $ |
| 7489819 | TD366371 | | | 1 | | 96.70 | | $ |
| 7489819 | TD366371 | | | 1 | | 96.70 | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

RA 251997
Unv 8679867
product not credited
pod attached.

11434/1

**TOTAL  $**  _326.60_

**Form must be completely filled out.**

Revised 5/20/96

**Prepared By**  _T.Buckley_

**Approved By:** _____

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



NUMBER **DM** 69469

DATE OF DM: _June  15, 1998_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _2598_     InaCom Purchase Order Number _4070810_

Tech Data
5301 Tech Data Drive
Clearwater, FL  34620

**VENDOR INVOICE**

Number _c832271_

**VENDOR CONTACT:** _Karen Megill_     Date _3-31-98_   Amount $ _439.20_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7490174 | 639022 | 1 | 0 | 1 | 367.60 | 367.60 | | $ 367.60 |
| | | | | | | | ship | $ 71.60 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** _439.20_

Product not received.    See attached irregularity report.
and
We paid invoice c799213 for this item.

12103/1

**Form must be completely filled out.**

Prepared By: _(signature)_

Approved By: _____

Revised 5/20/96



NUMBER **DM** 71278

DATE OF DM: 10/9/98

**inacom**™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 2598

InaCom Purchase Order Number 447736-464913

Tech Data

**VENDOR INVOICE**

Number 2-9551106, 2-9551107
        2-9551108

**VENDOR CONTACT:** _____    Date _____    Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7124700 | TD451365 | | 37 | 37 | 205.76 | 212- | 6.24 | $ 230.88 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Kit 447736-464913
Unv 9270364

See attached.

**TOTAL** $ 230.88

**Form must be completely filled out.**

Revised 5/20/96

Prepared By: J Buckley

Approved By: _____

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM 74451**

DATE OF DM: _3/22/99_

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _102598_

InaCom Purchase Order Number _672783/695002_

*Jdh Kata*

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7136571 | TW366372 | | | 1 | | 84.30 | | $ 84.30 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

RP 672783/695002
Unv 9891578
Prods if not credited       d2
Per attached        42  inv    84.30

**TOTAL $** 84.30

**Form must be completely filled out.**

Revised 5/20/96

Prepared By: _Becky_
Approved By: _____

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 74930

DATE OF DM: _3/22/99_

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _102598_        InaCom Purchase Order Number _774239_

_Jedi Warra_

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 737546 | TD3ab151 | __ | 74 | 47 | | 101.80 | $ | 305.40 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_Rp 774239_

_Unv 99476066_                        _43_

_Product not ordered_        _4/2  11592  305.40_

_Par atteched_

**TOTAL $** _305.40_

**Form must be completely filled out.**

Revised 5/20/96

Prepared By: _Becky_

Approved By: _Swattline_

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 74879

DATE OF DM: _3·17·99_

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1025_R

InaCom Purchase Order Number _4674796_

_Tech Data_

**VENDOR INVOICE**

Number _G963305_

**VENDOR CONTACT:** _____

Date _1-7-99_  Amount $ _5184.66_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| _110896_ | _PEC701 -110_ | _3_ | _0_ | _3_ | | _1123.46_ | | $ _3370.38_ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL** $ _3370.38_

**Form must be completely filled out.**

Revised 5/20/96

Prepared By: _____

Approved By: _____

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM  81268

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6916489_

_TECH DATA_

**VENDOR INVOICE**

Number _6274285_

**VENDOR CONTACT:** _____

Date _12/27/99_ Amount $ _1,948.76_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A127750 | TD825512 | 10 | 6 | 10 | | 192.93 | | $ 771.72 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, + case pack._

**TOTAL  $** _771.72_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42.12180_

Prepared By: _Nate_

Approved By: _EV_

FILE COPY - WHITE              VENDOR COPY - CANARY              ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM** **81266**

**DATE OF DM:** _1/25/00_

### Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6907221_

_TECH DATA_

**VENDOR INVOICE**

Number _6230423_

Date _12/23/99_  Amount $ _3,925.42_

**VENDOR CONTACT:** _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A899877 | TD164223 | 15 | 14 | 15 | | 257.80 | | $ 257.80 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, & case pack._

**TOTAL** $ _257.80_

INACOM Co. #_____ Supplier #_____

| BU | OBJECT | AMOUNT | SUBLEDGER | |
|---|---|---|---|---|
| | | | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42.12190_

**Prepared By:** _Ra.TCT_

**Approved By:** _EV_

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81265

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259_  InaCom Purchase Order Number _6885716_

_TECH DATA_

**VENDOR INVOICE**

Number _8144058_

**VENDOR CONTACT:** _____    Date _12/21/99_ Amount $ _3179.35_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7345937 | TDS42025 | 55 | 50 | 55 | | 32.62 | | $ 163.10 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case Count, & case pack._

**TOTAL** $ _163.10_

| INACOM Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |

Approval

Manager _____  Date _____

Controller _____  Date _____    **Prepared By:** _Marta_

Revised 6/99    _42.13.10_    **Approved By:** _EV_

FILE COPY - WHITE    VENDOR COPY - CANARY    ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81264**

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6889369_

_TECH DATA_

**VENDOR INVOICE**

Number _Q148778_

**VENDOR CONTACT:** _____    Date _12/21/99_  Amount $ _8,712.00_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 1076827 | TD72W31 | 40 | 23 | 40 | | 217.80 | | $ 3,702.60 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, & case pack._

**TOTAL  $ _3,702.60_**

INACOM Co. #_____  Supplier #_____

| BU | OBJECT | AMOUNT | SUBLEDGER TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____  Date _____

Controller _____  Date _____

_42.12180_

Revised 6/99

Prepared By: _Thartes_

Approved By: _EV_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81261

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6855147_

_TECH DATA_

**VENDOR INVOICE**

Number _P968667_

**VENDOR CONTACT:** _____    Date _12/15/99_ Amount $ _3,690.63_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A053123 | TD990254 | 20 | 17 | 20 | | 124.84 | | $ 124.84 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, + case pack._

**TOTAL** $ _124.84_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____    **Prepared By:** _Carter_

_42.131.50_

Revised 6/99    **Approved By:** _EV_

FILE COPY - WHITE    VENDOR COPY - CANARY    ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81262

**DATE OF DM:** _1/2?/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162599_     InaCom Purchase Order Number _685/401_

_TECH DATA_

**VENDOR INVOICE**

Number _P936385_

**VENDOR CONTACT:** _____     Date _12/14/99_ Amount $ _159,948.58_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A025554 | TD892805 | 2400 | 2381 | 2400 | | 65.00 | | $ 1,235.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, & case pack._

**TOTAL $** _1,235.00_

INACOM Co. #_____ Supplier #_____  **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____  _42.13/10_

Prepared By: _Kasiti_

Approved By: _EV_

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81259**

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259_   InaCom Purchase Order Number _6847443_

_TECH DATA_

**VENDOR INVOICE**

Number _P928352_

**VENDOR CONTACT:** _____   Date _12/14/99_ Amount $ _12,696.12_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AO32269 | TD557293 | 1 | 0 | 1 | | 37.43 | | $ 37.43 |
| AO34778 | TD879441 | 1 | 0 | 1 | | 263.66 | | $ 263.66 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, & case pack._

**TOTAL $** _301.09_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____   _4.3.19100_

Revised 6/99

Prepared By: _Martin_

Approved By: _EV_



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

NUMBER **DM** 81250

DATE OF DM: _1/28/00_

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_      InaCom Purchase Order Number _6817074_

_TECH DATA_

**VENDOR INVOICE**

Number _P770984_

**VENDOR CONTACT:** _____

Date _12/7/99_ Amount $ _151,380.16_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AD35086 | TD939546 | 367 | 366 | 367 | | 412.48 | | $ 412.48 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed_
_POD w/weights, case count,_
_+ case pack._

**TOTAL $** _412.48_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

_4.26.180_

Revised 6/99

Prepared By: _Carter_

Approved By: _EL_

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 81257

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112598_

InaCom Purchase Order Number _1822357_

_TECH DATA_

**VENDOR INVOICE**

Number _P862340_

**VENDOR CONTACT:** _____

Date _12/8/99_   Amount $ _429.83_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A002048 | TD366193 | 2 | 0 | 2 | | 212.75 | | $ 425.50 |
| | | | | | | | frt | $ 4.33 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, + case pack._

**TOTAL $** _429.83_

INACOM Co. #_____ Supplier #_____   | SUBLEDGER |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By: _Harte_

Approved By: _EV_

Revised 6/99   _402.12150_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**NUMBER** DM 81236

DATE OF DM: _1/28/00_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259 3_   InaCom Purchase Order Number _6354116_

_TECH DATA_

**VENDOR INVOICE**

Number _N663430_

**VENDOR CONTACT:** _____   Date _10/21/99_ Amount $ _4,900.—_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| N625562 | TD420303 | 20 | 18 | 20 | | 245.00 | $ | 490.00 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_please send a signed POD_ **TOTAL** $ _490.00_
_w/weights, case count_
_& case pack._

INACOM Co. #_____  Supplier #_____  | **SUBLEDGER** |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

**Prepared By:** _Martin_

Revised 6/99   _42.18180_   **Approved By:** _EV_



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81221**

DATE OF DM: _1/28/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162599_    InaCom Purchase Order Number _6965852_

_TECH DATA_

**VENDOR INVOICE**

Number _Q268770_

Date _12/22/99_    Amount $ _23,550.00_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AC23878 | TD331043 | 750 | 741 | 750 | | 31.40 | | $ 282.60 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count & case pack._

**TOTAL $** _282.60_

INACOM Co. #_____   Supplier #_____   **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42.12180_

**Prepared By:** _Carter_

**Approved By:** _EV_

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 81220

DATE OF DM: 1/28/00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162598     InaCom Purchase Order Number 6896311

TECH DATA

**VENDOR INVOICE**

Number G185326

**VENDOR CONTACT:** _____

Date 12/22/99     Amount $ 735.65

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A042733 | TD939520 | 15 | 0 | 15 | | 16.74 | | $ 251.10 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Please provide a signed POD w/weights case count & case pack.

**TOTAL $** 251.10

INACOM Co. #_____ Supplier #_____ | **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____     4.2.12180

Revised 6/99

Prepared By: Patel

Approved By: EV



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM  81248

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6871262_

_TENN DATA_

**VENDOR INVOICE**

Number _8052135_

**VENDOR CONTACT:** _____    Date _12/17/99_  Amount $ _2,219.51_

---

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A026566 | TD425043 | 5 | 1 | 5 | | 202.09 | | $ 808.36 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_please provide a signed POD,_    **TOTAL** $ _808.36_
_w/weights, case count,_
_& case pack._

INACOM Co. #_____ Supplier #_____ | **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____    **Prepared By:** _Marti_

Controller _____ Date _____    **Approved By:** _EV_

Revised 6/99     _4.2.12.150_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**inacom**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 81243

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

VENDOR NAME AND ADDRESS

Vendor # _162598_

InaCom Purchase Order Number _1898644_

_TECH DATA_

VENDOR INVOICE

Number _6179796_

VENDOR CONTACT: _____

Date _12/22/99_  Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD218710 | 1 | 0 | 1 | | 1,544.27 | | $ 1,544.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/ weights, case count, & case pack._

TOTAL  $ _1,544.27_

| INACOM Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |

(table for subledger)

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By: _Hatch_

Approved By: _EV_

Revised 6/99   _42.15180_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK