

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81224**

DATE OF DM: _1/28/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162599_

InaCom Purchase Order Number _6898637_

TECH DATA

**VENDOR INVOICE**

Number _Q179792_

**VENDOR CONTACT:** _____

Date _12/22/99_ Amount $ _1,544.37_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD218710 | 1 | ✓ | 1 | | 1,544.37 | | $ 1,544.37 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count + case pack._

**TOTAL $** _1,544.37_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99       _42121PC_

**Prepared By:** _Harter_

**Approved By:** _EV_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM  81225

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112599_    InaCom Purchase Order Number _0898638_

TECH DATA

**VENDOR INVOICE**

Number _0179793_

**VENDOR CONTACT:** _____    Date _12/22/99_ Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| #119595 | TD218710 | 1 | 0 | 1 | | 1,544.27 | $ | 1,544.27 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

Please provide a signed POD w/weights, case count, & case pack.

**TOTAL** $ _1,544.27_

| INACOM Co. #_____ Supplier #_____ | | SUBLEDGER | |
|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

_43.12150_

Prepared By: _Mate_

Approved By: _EV_

Revised 6/99

FILE COPY - WHITE                 VENDOR COPY - CANARY                 ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81226**

DATE OF DM: _1/28/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112598_    InaCom Purchase Order Number _L898642_

_TECH DATA_

**VENDOR INVOICE**

Number _CI79794_

**VENDOR CONTACT:** _____    Date _12/22/99_  Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD218710 | 1 | 0 | 1 | | 1,544.27 | | $ 1,544.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, + case pack._

**TOTAL $** _1,544.27_

INACOM Co. #_____  Supplier #_____  **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____  Date _____

Controller _____  Date _____
_42.19180_

Prepared By: _____

Approved By: _EV_

Revised 6/99

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom™

NUMBER **DM** 81229

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

DATE OF DM: _1/19/2000_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _142598_    InaCom Purchase Order Number _6794268_

_TECH DATA_

**VENDOR INVOICE**

Number _P647597_

**VENDOR CONTACT:** _____    Date _12/2/99_ Amount $ _38,140.00_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AMX745 | TD366632 | 100 | 96 | 100 | | 276. — | | $ 1,104.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_please provide signed_    **TOTAL** $ _1,104.00_
_POD w/weights, case count_
_& case pack._

INACOM Co. #_____ Supplier #_____    SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____    **Prepared By:** _Mater_

Revised 6/99    _A. 13150_    **Approved By:** _E.V_

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 79485**

DATE OF DM: _____

### Form must be completely filled out.

# DEBIT MEMORANDUM

VENDOR NAME AND ADDRESS

Tech Data

Vendor # _____    InaCom Purchase Order Number _____

VENDOR INVOICE

Number _____

VENDOR CONTACT: _____    Date _____  Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| | TL 50082 4 | 1 | 1 | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Price Variance

RA# 341493

Inv 129405

**TOTAL $** _____

| INACOM Co. # 42   Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |

| BU | OBJECT | AMOUNT | | |
|---|---|---|---|---|
| 42 | 11292 | 575.35 | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____    Date _____

Controller _____    Date _____

Prepared By: S. Lelesa

Approved By: _____

Revised 6/99

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK



**NUMBER** **DM** **79484**

DATE OF DM: _____

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

### Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _____    InaCom Purchase Order Number _____

Tech Data

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____    Amount $ _____

---

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A001821 | TL175852 | 1 | 1 | — | 60.14 | 54.86 | 5.28 | $ 5.28 |
| | | — | — | — | — | — | | $ |
| | | — | — | — | — | — | | $ |
| | | — | — | — | — | — | | $ |
| | | — | — | — | — | — | | $ |
| | | — | — | — | — | — | | $ |

Price Variance

RA# (4175)

Inv 1874470

**TOTAL** $ 5.28

INACOM Co. # 42   Supplier # _____   | SUBLEDGER |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 42 | 11572 | 59.28 | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By _____

Approved By _____

Revised 6/99



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM 81659

**DATE OF DM:** 02/04/00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162598    InaCom Purchase Order Number 1918320

Tech Data

**VENDOR INVOICE**

Number Q280600

**VENDOR CONTACT:** _____

Date 12/27/99    Amount $ 865.78

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 304070 | TDM8752 | 1 | 0 | 1 | | 841.55 | | $ 841.55 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | frt | $ 24.23 |
| | | | | | | | | $ |
| | | | | | | | | $ |

Please Provide Actual Pub
w/ weights, one count &
ext pack.

**TOTAL  $** 841.55
865.78

| INACOM Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

**Prepared By:** _____

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM  81245

DATE OF DM: _1/08/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162599_      InaCom Purchase Order Number _689659_

_TECH DATA_

**VENDOR INVOICE**

Number _8179042_

**VENDOR CONTACT:** _____

Date _12/22/99_  Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD218710 | 1 | 0 | 1 | | 1,544.27 | | $ 1,544.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/ weight, case count, & case pack._

**TOTAL** $ _1,544.27_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99        _40.10150_

**Prepared By:** _Ka Te_

**Approved By:** _EV_



**NUMBER** **DM** **81232**

DATE OF DM: _1/19/3000_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1120B_     InaCom Purchase Order Number _6800653_

_TECH DATA_

**VENDOR INVOICE**

Number _PV9E114_

**VENDOR CONTACT:** _____

Date _12/3/19_  Amount $ _9,575.37_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A102573 | TD445611 | 21 | 9 | 21 | | 11.90 | | $ 142.80 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_please provide signed POD_
_w/weights, case count_
_& case pack._

**TOTAL  $** _142.80_

INACOM Co. #_____ Supplier #_____

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SUBLEDGER

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99   _43.1180_

**Prepared By:** _Foster_

**Approved By:** _BU_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**NUMBER** **DM** 81231

DATE OF DM: *4/19/2000*

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # *162598*          InaCom Purchase Order Number *679736/*

*TECH DATA*

**VENDOR INVOICE**

Number *7661838*

**VENDOR CONTACT:** _____          Date *12/3/99* Amount $ *8,467.62*

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| *A023963* | *TD54L192* | *39* | *29* | *39* | | *215.58* | | $ *2,371.38* |
| | | | | | | | | $ _____ |
| | | | | | | | | $ _____ |
| | | | | | | | | $ _____ |
| | | | | | | | | $ _____ |
| | | | | | | | | $ _____ |

*please provide signed POD
w/weights, case count
+ case pack.*

**TOTAL** $ *2,371.38*

INACOM Co. #_____ Supplier #_____  | **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____          **Prepared By:** _____

Revised 6/99                    **Approved By:** _____

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81239**

DATE OF DM: _1/28/10_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_    InaCom Purchase Order Number _6898651_

_TECH DATA_

**VENDOR INVOICE**

Number _8179791_

**VENDOR CONTACT:** _____    Date _12/22/99_ Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD21X710 | 1 | 4 | 1 | — | 1,544.27 | — | $ 1,544.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed POD w/weights, case count, & case pack._

**TOTAL** $ _1,544.27_

INACOM Co. #_____ Supplier #_____ | **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42. 12110_

**Prepared By:** _____

**Approved By:** _EV_

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM  81240**

DATE OF DM: _1/28/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162595_     InaCom Purchase Order Number _6898649_

_TECH DATA_

**VENDOR INVOICE**

Number _6179790_

**VENDOR CONTACT:** _____

Date _12/22/99_  Amount $ _1,544.27_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| AH9595 | TD218710 | 1 | ✓ | 1 | | 1,544.27 | | $ 4,544.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed_
_RD w/weights, case count_
_+ case pack._

**TOTAL $** _1,544.27_

| INACOM Co. # _____ Supplier # _____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99     _42.15150_

**Prepared By:** _Carter_

**Approved By:** _EV_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** DM  81218

DATE OF DM: _1/28/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112595_        InaCom Purchase Order Number _6898646_

_TECH DATA_

**VENDOR INVOICE**

Number _Q179789_

**VENDOR CONTACT:** _____    Date _12/17/99_ Amount $ _1,544.37_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A119595 | TD218710 | 1 | 1 | 1 | | 1,544.37 | | $ 1,544.37 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_please provide a signed POD w/weight, case count + case pack._

**TOTAL** $ _1,544.37_

INACOM Co. #_____ Supplier #_____   SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____   **Prepared By:** _Painter_

Revised 6/99    _42.6150_    **Approved By:** _EV_

FILE COPY - WHITE        VENDOR COPY - CANARY        ACCOUNTING COPY - BLUE - PINK



**inacom**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81217**

DATE OF DM: _1/19/2000_

*Form must be completely filled out.*

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1625 96_

InaCom Purchase Order Number _128296_

_TPU DATA_

**VENDOR INVOICE**

Number _M346612_

**VENDOR CONTACT:** _____

Date _3/3/99_  Amount $ _267.68_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A00637 | TD346331 | 2 | 4 | 2 | | 21.19 | | $ 42.38 |
| A00068 | TD546612 | 2 | 4 | 2 | | 82.65 | | $ 165.30 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide signed PO_  **TOTAL** $ _267.68_

_w/vendor, case count
+ case pack._

INACOM Co. #_____  Supplier #_____  **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____  _12.12180_

Prepared By: _____

Revised 6/99

Approved By: _EL_

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM 81216**

DATE OF DM: _1/17/___

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _42595_    InaCom Purchase Order Number _6283750_

_TRH TATH_

**VENDOR INVOICE**

Number _M509241_

**VENDOR CONTACT:** _____

Date _8/23/99_  Amount $ _11,635.33_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rec'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 7326658 | TD419510 | 6 | 4 | 6 | | 4683.82 | $ | 2,107.14 |
| P11115 | TD40157 | 1 | 1 | 1 | | 178.19 | $ | 178.19 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_please provide signed POD_
_w/credit or credit_
_+ credit pack._

**TOTAL** $ _2,545.83_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK



**inacom**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM   81214**

DATE OF DM: _1/19/2000_

Form must be completely filled out.

# DEBIT MEMORANDUM

_6211604_

**VENDOR NAME AND ADDRESS**

Vendor # _162596_     InaCom Purchase Order Number _2916300_

_TECH DATA_

**VENDOR INVOICE**

Number _2916300_

**VENDOR CONTACT:** _____     Date _8/3/99_  Amount $ _130.⁴_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| _A025848_ | _TS955614_ | _1_ | _0_ | _1_ | | _130.-_ | | $ _130.⁴_ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed
PO, quantity, one count
+ case pack._

**TOTAL  $** _130.⁴_

INACOM Co. #_____  Supplier #_____   | SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____  Date _____

Controller _____  Date _____

_421010_

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK



**NUMBER DM 81213**

DATE OF DM: _1/19/00_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

### Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _11295_          InaCom Purchase Order Number _631744_

_Tech Data_

**VENDOR INVOICE**

Number _M016898_

**VENDOR CONTACT:** _____      Date _8/9/99_ Amount $ _273.57_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A170108 | TD366612 | 1 | 1 | 1 | | 82.65 | $ | 82.65 |
| A141511 | TD366645 | 1 | 1 | 1 | | 159.25 | $ | 159.25 |
| 107413 | TD458707 | 1 | 1 | 1 | | 20.57 | $ | 20.57 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_Please provide signed POD_
_w/weights, case count_          **TOTAL $** _273.57_
_& case pack_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____        **Prepared By:** _____

Controller _____ Date _____        **Approved By:** _____

Revised 6/99    _4/3 11110_


**inacom**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 81212

DATE OF DM: _____

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162595_     InaCom Purchase Order Number _677938_

_TECH DATA_

**VENDOR INVOICE**

Number _1805446_

**VENDOR CONTACT:** _____     Date _5/10/99_  Amount $ _1127.31_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| 162595 | TD481037 | 1 | 0 | 1 | | 1,081.69 | | $ 1,081.69 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | frt. | $ 45.62 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_these parts agreed to_
_ship in our account_
_are paid._

**TOTAL $** _1,127.31_

**INACOM Co. #** _____ **Supplier #** _____ | **SUBLEDGER**

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99

Prepared By: _____

Approved By: _____

FILE COPY - WHITE         VENDOR COPY - CANARY         ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM  81666**

DATE OF DM: _2/1/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1657?_    InaCom Purchase Order Number _64981 45_

_Tech Data_

**VENDOR INVOICE**

Number _P266653_

**VENDOR CONTACT:** _____

Date _11/11/99_ Amount $ _1337.3_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| _A1IV182_ | _TD4WW16_ | _2_ | _0_ | _2_ | | _382.13_ | | $ _764.26_ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed_
_POD w/weights, case count_
_& case pack._

**TOTAL** $ _764.26_

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _402.18110_

**Prepared By:** _____

**Approved By:** _BU_

FILE COPY - WHITE              VENDOR COPY - CANARY              ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 79475**

DATE OF DM: _2-6-(8)_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _10398_        InaCom Purchase Order Number _____

Tech Data

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____    Date _____    Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| QOIFIE | 801066 | 1 | 1 | — | 7763 | 7816 | 2.16 | $ 52.16 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

TOTAL $ 52.16

Kim Varone
LA Sales
Inv 178939

INACOM Co. # 42   Supplier # _____   SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 43 | 1019 | (52.16) | | |
| | | | | |
| | | | | |
| | | | | |

Approval

**ENTERED FEB 1 0 2000**

Manager _____   Date _____

Controller _____   Date _____

Prepared By: _DeLoa_

Approved By: _Luckins_

Revised 6/99

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 79359**

DATE OF DM: _____

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor # _____     InaCom Purchase Order Number _____

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____     Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| _____ | See attached | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |
| _____ | | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |
| _____ | | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |
| _____ | | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |
| _____ | | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |
| _____ | | _____ | _____ | _____ | _____ | _____ | $ _____ | _____ |

**TOTAL $** _____

INACOM Co. # _____ Supplier # _____

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

**Prepared By:** _____

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81230**

DATE OF DM: *1/19/2000*

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # *16858*     InaCom Purchase Order Number *679430*

*TECH DATA*

**VENDOR INVOICE**

Number *PL410074*

**VENDOR CONTACT:** _____

Date *12/2/99* Amount $ *113,160.—*

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| *A9JR745* | *TD366632* | *300* | *299* | *300* | | *276.—* | | $ *276.* |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

*please provide signed POD*
*w/weights, case count*
*+ case pack.*

**TOTAL $** *276.—*

| INACOM Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |

Approval

Manager _____ Date _____
Controller _____ Date _____

Revised 6/99     *4/2/15180*

**Prepared By:** _____
**Approved By:** *LV*

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**NUMBER** **DM** **79474**



DATE OF DM: 2-8-00

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor # 102372

InaCom Purchase Order Number 488015-A

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $ _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A0PE21 | 1180001.pm | 1 | 1 | | 1.00 | 2.00 | 5.12 | $ 500.46 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Part Number
RA 488015-A
Inv 171994711

**TOTAL  $** 500.46

INACOM Co. # 42   Supplier # _____

| | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| 42 | 1123 | 500.46 | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

ENTERED FEB 1 0 2000

Prepared By: S. DeLoa

Approved By: _____

Revised 6/99

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK

# inacom™

NUMBER **DM** 82539

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

DATE OF DM: _2/21/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259_    InaCom Purchase Order Number _7012179_

_TECH DATA_

**VENDOR INVOICE**

Number _Q796424_

**VENDOR CONTACT:** _____    Date _1/18/00_  Amount $ _173,704.50_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A055519 | 473263 | 50 | 48 | 50 | | 3,474.09 | | $ 6,948.18 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_NOTE: 2 pieces refused_
_because they were damaged._    **TOTAL  $** _6,948.18_

☒ Product not received – Please provide signed POD, with/weights, case count and case pack.
☐ Price Discrepancy
☐ Concealed Shortage

INACOM Co. #_____  Supplier #_____  | SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Prepared By:** _Carter_

**Approved By:** _____

Revised 6/99

FILE COPY - WHITE                VENDOR COPY - CANARY                ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM 82591**

DATE OF DM: _2 2200_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _103598_     InaCom Purchase Order Number _6052319_

Tech Data

**VENDOR INVOICE**

Number _L174760_

**VENDOR CONTACT:** _____     Date _62999_   Amount $ _1675 64_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A014031 | 85H8840 | | | 1 | | 30577 | | $ 1159 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** _1159_

☒ Product not received – Please provide signed POD, with/weights, case count and case pack.
☐ Price Discrepancy
☐ Concealed Shortage

INACOM Co. #_____ Supplier #_____   | SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| 42 | 8200 | | | |

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE     VENDOR COPY - CANARY     ACCOUNTING COPY - BLUE - PINK