# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 82583**

DATE OF DM: _2 22 00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _102598_

_Tech Data_

InaCom Purchase Order Number _6294866_

**VENDOR INVOICE**

Number _m 373828_

**VENDOR CONTACT:** _____

Date _8 25 99_ Amount $ _10625 00_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A 043746 | 295643·1321 | 6 | 5 | 6 | | 1760 56 | | $ 1760 56 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL $** _1760 56_

☑ Product not received – Please provide signed POD, with/weights, case count and case pack.

☐ Price Discrepancy

☐ Concealed Shortage

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| 42 | 12180 | | | |

Prepared By: _Diane V_

Approved By: _EV_

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



**NUMBER DM 82545**

DATE OF DM: *2/22/00*

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

### Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # *162599*        InaCom Purchase Order Number *702 7245*

*TEAM DATA*

**VENDOR INVOICE**

Number *18864710*

**VENDOR CONTACT:** _____

Date *1/19/00*  Amount $ *380.28*

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| *409313* | *TD8 38118* | *3* | *0* | *3* | | *126.76* | | $ *126.76* |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** *126.76*

☑ Product not received – Please provide signed POD, with/weights, case count and case pack.
☐ Price Discrepancy
☐ Concealed Shortage

INACOM Co. #_____  Supplier #_____ | SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Prepared By:** *Marter*

**Approved By:** *Ed*

Revised 6/99



**10810 FARNAM DRIVE**
**OMAHA, NE 68154**
**402-392-3900**

NUMBER **DM 82544**

DATE OF DM: _2/23/00_

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162578_     InaCom Purchase Order Number _7038565_

_TECH DATA_

**VENDOR INVOICE**

Number _0905453_

**VENDOR CONTACT:** _____     Date _1/20/00_  Amount $ _1,529.18_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A132901 | TD220779 | 2 | 0 | 2 | | 764.59 | | $ 1,529.18 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** _1,529.18_

☒ Product not received – Please provide signed POD, with/weights, case count and case pack.
☐ Price Discrepancy
☐ Concealed Shortage

INACOM Co. #_____  Supplier #_____  | SUBLEDGER |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 82540

DATE OF DM: *2/21/00*

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # *162598*    InaCom Purchase Order Number *7022996*

*TECH DATA*

**VENDOR INVOICE**

Number *Q840717*

**VENDOR CONTACT:** _____    Date *1/19/00*    Amount $ *2,482.⁰¹*

---

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| *A100230* | *TD639705* | *1* | *0* | *1* | | *204.⁰⁹* | | $ *204.⁰⁹* |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** *204.⁰⁹*

☒ Product not received – Please provide signed POD, with/weights, case count and case pack.
☐ Price Discrepancy
☐ Concealed Shortage

INACOM Co. #_____  Supplier #_____

| SUBLEDGER | |
|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** *Carter*

**Approved By:** *EV*



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 82538

DATE OF DM: 2/21/00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # *102598*

InaCom Purchase Order Number *70267760*

*TECH DATA*

**VENDOR INVOICE**

Number *Q895586*

**VENDOR CONTACT:** _____

Date *1/26/00* Amount $ *2,115.21*

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| *A098908* | *TD031929* | *7* | *4* | *7* | | *298.60* | | $ *895.80* |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** *895.80*

☑ Product not received – Please provide signed POD, with/weights, case count and case pack.

☐ Price Discrepancy

☐ Concealed Shortage

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

Prepared By: *Naylor*

Approved By: *EU*

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

NUMBER **DM** 82541

DATE OF DM: 3/22/00

**Form must be completely filled out.**

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 162575

InaCom Purchase Order Number 7024W4

TECH DATA

**VENDOR INVOICE**

Number 6840973

**VENDOR CONTACT:** _____

Date 1/19/00   Amount $ 258,738.18

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A135449 | TD473218 | 100 | 99 | 100 | | 2,574.08 | | $ 2,574.08 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

Wrong Quantity.

**TOTAL $** 2,574.08

☑ Product not received – Please provide signed POD, with/weights, case count and case pack.

☐ Price Discrepancy

☐ Concealed Shortage

INACOM Co. #_____ Supplier #_____

| | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** T. Carter

**Approved By:** EV

Revised 6/99

FILE COPY - WHITE                   VENDOR COPY - CANARY                   ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM** **81228**

DATE OF DM: _1/10/3000_

### Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _1025 96_     InaCom Purchase Order Number _6783734_

_TECH DATA_

**VENDOR INVOICE**

Number _PL17079_

Date _12/1/99_  Amount $ _2,342.²²_

**VENDOR CONTACT:** _____

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A02659 | TD959666 | 3 | 0 | 3 | | 855.52 | $ | 760.56 |
| A10038 9 | TD459151 | 5 | 0 | 5 | | 84.31 | $ | 422.55 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_Please provide signed POD_
_w/ weight, case count_
_& case pack._

**TOTAL $** _1,183.¹¹_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Prepared By: _Muter_

Approved By: _EV_

Revised 6/99    _42.18180_

FILE COPY - WHITE        VENDOR COPY - CANARY        ACCOUNTING COPY - BLUE - PINK



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER DM 81668**

DATE OF DM: _2/9/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162590_

InaCom Purchase Order Number _6989159_

TECH DATA

**VENDOR INVOICE**

Number _6817275_

**VENDOR CONTACT:** _____

Date _1/6/00_  Amount $ _208.73_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A128316 | TD861388 | 1 | 0 | 1 | | 201.21 | | $ 201.21 |
| | | | | | | | | $ |
| | | | | | | | prt. | $ 7.52 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Please provide a signed_
_POD w/weights, case count_
_+ case pack._

**TOTAL $** _208.73_

INACOM Co. #_____ Supplier #_____  SUBLEDGER

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____ Date _____

Controller _____ Date _____

Revised 6/99    _42.13180_

**Prepared By:** _Carter_

**Approved By:** _E Laag_

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK



NUMBER **DM** 83072

DATE OF DM: _3/29/00_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _16259C_    InaCom Purchase Order Number _699 7623_

_TECH DATA_

**VENDOR INVOICE**

Number _6714374_

**VENDOR CONTACT:** _____    Date _1/13/00_  Amount $ _1,847 ±_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A120777 | TD407346 | — | — | — | 98.54 | 190.14 | — | $ 549.36 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_As Ben Ryker, the price increase
was not approved._

**TOTAL $** _549.36_

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.
☑ Price Discrepancy  _please see attached_
☐ Concealed Shortage  _Irregularity Report_

| INACOM Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

Prepared By: _____

Approved By: _____

_42.12150_

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **DM** 83071

**DATE OF DM:** _3/29/00_

Form must be completely filled out.

# DEBIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162598_     InaCom Purchase Order Number _7C08930_

_TECH DATA_

**VENDOR INVOICE**

Number _Q814286_

**VENDOR CONTACT:** _____     Date _1/18/00_  Amount $ _17,763.⁶⁵_

## WE HAVE DEBITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Debit Amount |
|---|---|---|---|---|---|---|---|---|
| A133086 | TD627404 | | | | 17,408.41 | 17,763.68 | | $ 355.27 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

_Per Ben Ryln in Purchasing, the_     **TOTAL $** _355.27_

_Latin American item was mixed. but the wrong priced_

☐ Product not received – Please provide signed POD, with/weights, case count and case pack.

☑ Price Discrepancy    _Please see the attached_     _domestic Item_
_was shipped._

☐ Concealed Shortage    _Irregularity Report_

| INACOM Co. #_____ | Supplier #_____ | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** _Tcarter_

_42.12180_    **Approved By:** _____

Revised 6/99

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**NUMBER CM 47753**

DATE OF CM: _6/5/07_

Form must be completely filled out.

# CREDIT MEMORANDUM

10810 FARNAM DRIVE
OMAHA, NE 68154
402-758-3900

**VENDOR NAME AND ADDRESS**

Vendor # _112596_

_TECH DATA_

Custom Edge Purchase Order Number _6126313_

Original DM Number _74716_

**VENDOR INVOICE**

Number _L271787_

Date _7/2/99_   Amount $ _185.72_

VENDOR CONTACT: _____

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| Custom Edge Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| ATD1531 | TDi 76-14P | | 2 | | | 92.16 | | $ 185.72 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL $ _185.72_**

☐ Product Received   _74716_
☒ Reversal of Debit Memo # _74716_

| Custom Edge Co. #_____ | Supplier #_____ | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

_92.12162_

Prepared By: _Marti_

Approved By: _____

Revised 4/00

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**Custom Edge**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-758-3900

NUMBER **CM** **47595**

DATE OF CM: _5/24/00_

Form must be completely filled out.

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162596_

_TECH DATA_

**VENDOR CONTACT:** _____

Custom Edge Purchase Order Number _442802_

Original DM Number _86831_

**VENDOR INVOICE**

Number _NI10376_

Date _9/28/99_   Amount $ _54,662.96_

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| Custom Edge Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 7-011350 | TD205243 | 300 | 277 | 335 | | 25.34 | | $ 1,470.00 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL $** _1,436.63_

☐ Product Received
☑ Reversal of Debit Memo # _86831_

| Custom Edge Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

_Credit Memos. 785383 7_
_787939 4_

**Prepared By:** _Carter_

**Approved By:** _____

Revised 4/00



**NUMBER** **CM 47096**

DATE OF CM: _____

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

### Form must be completely filled out.

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _11295_   InaCom Purchase Order Number _1430 7X_

Original DM Number _80113_

_TECH DATA_

**VENDOR INVOICE**

Number _NM5 703_

**VENDOR CONTACT:** _____   Date _4/27/00_ Amount $ _29,786.00_

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| A14586 | 7E8509B | ___ | ___ | ___ | ___ | 1,131.24 | $ | 1,131.24 |
| | | ___ | ___ | ___ | ___ | | $ | |
| | | ___ | ___ | ___ | ___ | | $ | |
| | | ___ | ___ | ___ | ___ | | $ | |
| | | ___ | ___ | ___ | ___ | | $ | |
| | | ___ | ___ | ___ | ___ | | $ | |

**TOTAL  $** _1,131.24_

☐ Product Received
☐ Reversal of Debit Memo # _80113_

_C M Num# 90589138_

| INACOM Co. # _____ | Supplier # _____ | | SUBLEDGER | |
|---|---|---|---|---|
| **BU** | **OBJECT** | **AMOUNT** | **TY** | **SUBL #** |
| | | | | |
| | | | | |

**Prepared By:** _____

**Approved By:** _____

Revised 6/99    _42.13150_

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



**NUMBER CM 47784**

DATE OF CM: _1/15/10_

10810 FARNAM DRIVE
OMAHA, NE 68154
402-758-3900

### Form must be completely filled out.
# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112-96_

Custom Edge Purchase Order Number _1-76609_

Original DM Number _____

_Tri Data_

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _4/24/0_ Amount $ _1476.20_

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| Custom Edge Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| _A14637_ | _TD71601_ | ___ | ___ | ___ | _____ | _279.00_ | _____ | $ _1476.20_ |
| ___ | ___ | ___ | ___ | ___ | _____ | _____ | _____ | $ _____ |
| ___ | ___ | ___ | ___ | ___ | _____ | _____ | _____ | $ _____ |
| ___ | ___ | ___ | ___ | ___ | _____ | _____ | _____ | $ _____ |
| ___ | ___ | ___ | ___ | ___ | _____ | _____ | _____ | $ _____ |
| ___ | ___ | ___ | ___ | ___ | _____ | _____ | _____ | $ _____ |

**TOTAL  $** _1476.20_

☐ Product Received
☐ Reversal of Debit Memo # _____

| Custom Edge Co. #_____ Supplier #_____ | SUBLEDGER | |
|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

_4/2.11112_

**Prepared By:** _____

**Approved By:** _____

Revised 4/00

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK



**NUMBER CM 47775**

DATE OF CM: _____

10810 FARNAM DRIVE
OMAHA, NE 68154
402-758-3900

### Form must be completely filled out.
# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _____

Custom Edge Purchase Order Number _____

Original DM Number _____

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $ _____

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| Custom Edge Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 306.00 |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |
|  |  |  |  |  |  |  |  | $ |

**TOTAL  $** _____

☐ Product Received

☐ Reversal of Debit Memo # _____

| Custom Edge Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
|  |  |  |  |  |
|  |  |  |  |  |

Prepared By: _____

Approved By: _____

Revised 4/00



NUMBER **CM** 47777

DATE OF CM: _____

**Form must be completely filled out.**

10810 FARNAM DRIVE
OMAHA, NE 68154
402-758-3900

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _____

Custom Edge Purchase Order Number _____

Original DM Number _____

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $ _____

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| Custom Edge Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

**TOTAL  $** _____

☐ Product Received

☒ Reversal of Debit Memo # _____

| Custom Edge Co. #_____ Supplier #_____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** _____

**Approved By:** _____

Revised 4/00

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER CM 47095**

DATE OF CM: _5/12/99_

**Form must be completely filled out.**

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _112293_

_TECH DATA_

InaCom Purchase Order Number _435941B_

Original DM Number _96028_

**VENDOR INVOICE**

Number _N164674_

**VENDOR CONTACT:** _____

Date _7/3/99_   Amount $ _11,982.96_

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 210175 | TD-11152 | | | | | 11,792.72 | | $ 11,793.72 |
| | | | | | | | | $ |
| | | | | | | | # | $ 189.24 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL  $** _11,982.96_

☐ Product Received
☒ Reversal of Debit Memo # _96028_

_Debit Memo # 416111_

| INACOM Co. #_____ | Supplier #_____ | | SUBLEDGER | |
|---|---|---|---|---|
| **BU** | **OBJECT** | **AMOUNT** | **TY** | **SUBL #** |
| | | | | |
| | | | | |

Prepared By: _____

Approved By: _____

Revised 6/99

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK



**NUMBER** CM 46356

DATE OF CM: _____

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

### Form must be completely filled out.

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _____

InaCom Purchase Order Number _____

Original DM Number _____

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $ _____

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |

**TOTAL $** _____

☐ Product Received
☑ Reversal of Debit Memo # _____

| INACOM Co. # _____ Supplier # _____ | | | SUBLEDGER | |
|---|---|---|---|---|
| BU | OBJECT | AMOUNT | TY | SUBL # |
| | | | | |
| | | | | |

**Prepared By:** _____

**Approved By:** _____

Revised 6/99



10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER CM  44813**

DATE OF CM: _2/7/00_

### Form must be completely filled out.

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # _162590_

_TECH DATA_

InaCom Purchase Order Number _4997321_

Original DM Number _DM77013_

**VENDOR INVOICE**

Number _L357390_

Date _7/8/99_  Amount $ _31,280.62_

**VENDOR CONTACT:** _____

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rec'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 7602033 | TD619607 | 98 | 93 | 99 | | 300.79 | $ | 300.79 |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

_Partial DM77013_
_On 7655033_

**TOTAL  $** _300.79_

INACOM Co. #_____  Supplier #_____   | SUBLEDGER |

| BU | OBJECT | AMOUNT | TY | SUBL # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Approval

Manager _____  Date _____

Controller _____  Date _____     _42 13180_

Revised 6/99

Prepared By: _Thurber_

Approved By: _EU_

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** CM 41452

**DATE OF CM:** 7-20-99

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Tech Data

Vendor # _102598_

InaCom Purchase Order Number _74454_  672783/695062

Original DM Number _74451_

**VENDOR INVOICE**

Number _____

**VENDOR CONTACT:** _____

Date _____ Amount $_____

---

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |
| _____ | _____ | ____ | ____ | ____ | _____ | _____ | _____ | $ _____ |

Reverse DM 74451
RA# 672783/695062
INV# 9891578
Ref ~~Invoice~~ Return 6964582
which reversed credit
for dealer

**TOTAL $** 84.20

42
42   ~~11593~~   84.20
     61150

**Form must be completely filled out.**

Revised 5/20/96

**Prepared By:** _Cheryl Petroski_

**Approved By:** _____

FILE COPY - WHITE          VENDOR COPY - CANARY          ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER** **CM** 37981

**DATE OF CM:** *10 11 98*

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

*Techdata*                    Vendor # *1228*

**VENDOR CONTACT:** _____

InaCom Purchase Order Number *N00483*

Original DM Number *7180*

**VENDOR INVOICE**

Number *E193015*

Date *7/8/98*    Amount $ *301.00*

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | $ ___ | |

**TOTAL $** *301.00*

*Product Returned*

*200804*

**Form must be completely filled out.**

Revised 5/20/96

**Prepared By:** *Paul Ray*

**Approved By:** _____

FILE COPY - WHITE            VENDOR COPY - CANARY            ACCOUNTING COPY - BLUE - PINK

# inacom™

10810 FARNAM DRIVE
OMAHA, NE 68154
402-392-3900

**NUMBER CM 36260**

**DATE OF CM:** March 30, 1998

# CREDIT MEMORANDUM

**VENDOR NAME AND ADDRESS**

Vendor # 2598

Tech Data
5301 Tech Data Drive
Clearwater, FL 34620

InaCom Purchase Order Number 2963438

Original DM Number 68006

**VENDOR INVOICE**

Number 1-c209624

**VENDOR CONTACT:** Karen Megill

Date 2-17-98    Amount $ 2228.16

## WE HAVE CREDITED YOUR ACCOUNT AS FOLLOWS

| InaCom Part Number | Vendor Part Number | Qty Ordered | Qty Rcv'd | Qty Invoiced | P.O. Price | Invoice Price | Difference | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |
| | | | | | | | $ | |

**TOTAL $ 2228.16**

This is to reverse DM68006

We have received a credit for this.
The credit# is 9017953
The credit# is 9013772
This goes against invoice 1-c209624

ENTERED JUN - 8 1998

Reverse
Done in error

12103/1

**Form must be completely filled out.**

Revised 5/20/96

**Prepared By:** _____

**Approved By:** _____

FILE COPY - WHITE                    VENDOR COPY - CANARY                    ACCOUNTING COPY - BLUE - PINK