IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TECH DATA CORPORATION,

    Plaintiff.

v.

HEWLETT-PACKARD COMPANY,

    Defendant.

Civil Action No. 05- 667(GMS)

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff Tech Data Corporation ("Tech Data"), and defendant Hewlett Packard Company ("Hewlett Packard") hereby stipulate to the voluntary dismissal with prejudice of the Complaint filed by Tech Data versus Hewlett Packard which was initiated in the above-captioned action. The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the action. Each side will bear its own fees and costs.

DATED: May 12, 2006

| | |
|---|---|
| HERLIHY, HARKER & KAVANAUGH | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *James F. Harker* | /s/ *Daniel B. Butz* |
| James F. Harker (Bar No. 255) | Derek C. Abbott (No. 3933) |
| 1400 North Market Street | Daniel B. Butz (No. 4227) |
| Suite 200 | 1201 North Market Street |
| Wilmington, DE 19801-1136 | P.O. Box 1347 |
| Telephone: (302) 654-3111 | Wilmington, DE 19899-1347 |
| | Telephone: (302) 658-9200 |
| -and- | -and- |

| | |
|---|---|
| ADORNO & YOSS, LLP<br> Stephen C. Hunt, Esq.<br>350 East Las Olas Blvd., Ste. 1700<br>Ft. Lauderdale, FL  33301<br>Telephone:  (954) 763-1200<br><br>Attorneys for Tech Data Corporation | FRIEDMAN DUMAS & SPRINGWATER LLP<br>Ellen A. Friedman, Esq.<br>Cecily A. Dumas, Esq.<br>Gail S. Greenwood, Esq.<br>150 Spear Street, Suite 1600<br>San Francisco, CA  94105<br>Telephone: (415) 834-3800<br><br>Attorneys for Hewlett-Packard Company |