## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Notice And Stipulation Of Voluntary Dismissal With Prejudice Of Complaint** was caused to be made on May 12, 2006, in the manner indicated upon the parties identified below:

Date: May 12, 2006

Daniel B. Butz (No. 4227)

### BY HAND DELIVERY

James F. Harker, Esquire
Herlihy, Harker & Kavanaugh
1400 N. Market Street
Suite 200
Wilmington, DE  19801

### BY FIRST CLASS MAIL

Stephen C. Hunt, Esquire
Adorno & Yoss, LLP
350 East Las Olas Blvd., Ste. 1700
Ft. Lauderdale, FL  33301

520242